# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>Plaintiff,<br><br>vs.<br><br>SLURPIN RAMEN, a business of unknown form; OXFORD CENTER, LLC, a California limited liability company; and Does 1-10 inclusive,<br><br>Defendants. | Case No.: 2:18-cv-02255-PA-SS<br><br>**ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

[PROPOSED] ORDER
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Oxford Center, LLC ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: June 22, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE